# Court of Appeals
# of the State of Georgia

ATLANTA, April 19, 2017

*The Court of Appeals hereby passes the following order*

## A17I0195. CITY OF GAINESVILLE, GEORGIA, BY AND THROUGH ITS CITY COUNCIL v. JACK WALDRIP et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2014CV644



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, April 19, 2017.

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.